KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBIN L. HARRIS (CASBN 123364)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7016

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: 06-0504 WHA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER [Proposed] |
| DENNIS DiRICCO, | |
| Defendant. | |

The United States, through its counsel Assistant United States Attorney, Robin L. Harris, and defendant Dennis DiRicco, though his counsel Edward Swanson, hereby stipulate to the following:

1. On January 30, 2007, the parties appeared before the Court for a status conference. At that time, the parties advised the Court that the defendant was seeking additional discovery which the parties believe will assist them in reaching a resolution of this matter. The United States is attempting to obtain the information requested by the defendant. However, obtaining the newly requested information may take longer than the parties originally anticipated because the government has learned that a new IRS case agent will be assigned responsibility for this case.

//

1   2. The United States and the defendant jointly agree that both parties will need to review the
2   recently requested information, if it exists, to arrive at a negotiated disposition of this case
3   3. In recognition of the parties' joint need to obtain and review information currently sought
4   by the defense, the United States and defendant DiRicco agree and stipulate to a one-week
5   continuance of the change of plea and/or trial setting conference from February 20, 2007 until
6   January 27, 2007 at 2:00 p.m.
7   4. The parties further stipulate that the time from January 30, 2007 through February 27,
8   2007 is excludable under the Speedy Trial Act for the reasons stated on the record on January 30,
9   2007 and for the continued continuity of counsel.
10  Accordingly,
11  IT IS HEREBY STIPULATED AND AGREED by and between the United States and
12  defendant DiRicco and his counsel, that the change of plea or motions/trial setting conference
13  shall be continued for one week from February 20, 2007 until February 27, 2007 at 2:00 p.m.
14  The parties further stipulate that the time from January 30, 2007 through February 27, 2007 is
15  excludable under the Speedy Trial Act for the reasons stated on the record on January 30, 2007
16  and for the continued continuity of counsel
17  DATED: January 31, 2007                KEVIN V. RYAN
                                            United States Attorney
18
19
                                             /S/ Robin L. Harris
20                                          ROBIN L. HARRIS
                                            Assistant United States Attorney
21  DATED: January 31, 2007
22                                           /S/ Edward Swanson
                                            EDWARD SWANSON
23                                          Attorney for Defendant
24                                          ORDER
25  IT IS HEREBY ORDERED based upon the above stipulation between the United States and
26  defendant DiRicco and his counsel, that the change of plea or motions/trial setting conference in
27  this case shall be continued for one week from February 20, 2007 until February 27, 2007 at 2:00
28

2

1    p.m.  IT IS FURTHER ORDERED that the time from January 30, 2007 through February 27,
2    2007 is excludable under the Speedy Trial Act for the reasons stated on the record on January 30,
3    2007 and for the continued continuity of counsel.

5    DATED:    February 5, 2007                    IT IS SO ORDERED.

                                                   _____
                                                   WILLIAM H. ALSUP
                                                   United States District Court Judge

3