Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DENNIS DIRICCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-0504 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE COURT DATE** |
| vs. | Date: April 9, 2007<br>Time: 2:00 p.m.<br>Court: Hon. William H. Alsup |
| DENNIS DIRICCO, | |
| Defendant. | |

**STIPULATION**

Defendant Dennis DiRicco, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1) A hearing in the above-captioned matter is currently scheduled for April 9, 2007 at 2:00 p.m. This date was originally set for a hearing on a defense motion challenging the indictment. As counsel for Mr. DiRicco indicated on March 13, counsel has decided not to bring a facial challenge to the indictment.

///

///

///

///

2) The parties therefore agree that the April 9 court date should be vacated. Pursuant to the Court's March 26 order, the next hearing on this matter will be on April 24 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: April 2, 2007

/s/
Edward W. Swanson
SWANSON, MCNAMARA & HALLER LLP
Counsel for Defendant DENNIS DIRICCO

DATED: April 2, 2007

/s/
Robin Harris
Assistant United States Attorney

## ORDER

Pursuant to stipulation, it is HEREBY ORDERED that the hearing currently on calendar for April 9, 2007 at 2:00 p.m. be vacated. The next appearance in this matter will be Tuesday, April 24, 2007 at 2:00 p.m.

DATED: April 3, 2007

Hon. William H. Alsup
United States District Judge

2