Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DENNIS DIRICCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DENNIS DIRICCO,<br><br>　　　　Defendant. | Case No. CR 06-0504 WHA<br><br>**STIPULATION AND [PROPOSED]　ORDER EXCLUDING TIME** |

**STIPULATION**

Defendant Dennis DiRicco, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Kyle Waldinger, on behalf of Assistant United States Attorney Robin Harris, hereby stipulate and agree that the time between the last calling of this case on July 31, 2007 and August 21, 2007 be excluded.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Pursuant to 18 U.S.C. section 3161(h)(8)(a) and (b)(4), exclusion of this time is necessary to allow effective preparation of counsel. The parties are engaged in settlement discussions and require this time to investigate fairly complicated matters related to defendant's criminal history and the loss figure in this case. The parties agree that the ends of justice served by this brief continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: August 1, 2007

/s/
Edward W. Swanson
SWANSON, MCNAMARA & HALLER LLP
Counsel for Defendant DENNIS DIRICCO

DATED: August 3, 2007

/s/
Kyle Waldinger
Assistant United States Attorney

**ORDER**

Pursuant to stipulation and for good cause shown, it is HEREBY ORDERED that time be excluded until August 21, 2007 pursuant to 18 U.S.C. section 3161(h)(8)(a) and (b)(4). The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 3, 2007

Hon. William H. Alsup
United States District Judge

2