IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS DIRICCO,<br><br>Defendant.<br>_____ / | No. CR 06-00504 WHA<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE HEARING AND TRIAL DATES** |

Due to the Court's absence during the week of April 14, 2008, the trial will have to commence on April 21, 2008, at 7:30 a.m. The Court is reluctant to do this because it will mean delaying a civil trial that has been relying on that trial date. We will, however, continue the hearing and trial dates to accommodate counsel.

The motions hearing currently scheduled for March 18 will be continued until **APRIL 1 AT 2:00 P.M.** The motions on the admissibility of prior convictions, the admissibility of FRE 404(b) evidence, and the admissibility of deposition testimony will all be heard on that date. The pretrial hearing currently scheduled for April 1 will be continued until **APRIL 7 AT 2:00 P.M.** The trial currently scheduled for April 7 will be continued until **APRIL 21.**

Time is excluded until April 21 pursuant to 18 U.S.C. 3161(h)(8) due to the complexity of this case and to allow effective preparation of counsel. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE