Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DENNIS DIRICCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>DENNIS DIRICCO,<br><br>           Defendant. | Case No. CR 06-0504 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RETURNING PASSPORT** |

**STIPULATION**

Defendant Dennis DiRicco, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robin Harris, hereby stipulate and agree as follows:

1) On March 13, 2008, the United States submitted a notice of dismissal for the above-captioned case.

2) On March 17, 2008, the Honorable William H. Alsup signed an order dismissing the above-captioned case.

\ \ \

\ \ \

\ \ \

\ \ \

3) The case having been dismissed, Dennis Diricco's passport should be returned to him in care of his counsel, Edward W. Swanson, Swanson, McNamara & Haller LLP, 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

IT IS SO STIPULATED.

DATED: May 23, 2008

/s/
Edward W. Swanson
SWANSON, MCNAMARA & HALLER LLP
Counsel for Defendant DENNIS DIRICCO

DATED: May 23, 2008

/s/
Robin Harris
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, it is HEREBY ORDERED that Dennis DiRicco's passport hereby be returned to him in care of his counsel, Edward W. Swanson, Swanson, McNamara & Haller LLP, 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

DATED: May 23, 2008.

Hon. William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup